**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2168**

———————

NOEL VINCENT THOMAS,

Plaintiff - Appellant,

v.

NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY, NCMLIC; MICHAEL L. LAWRENCE, NCMLIC CEO; ALABAMA DEPARTMENT OF INSURANCE, ALDOI; JAMES FINN, ALDOI CID; NORTH CAROLINA DEPARTMENT OF INSURANCE, NCDOI; JOHN HOOMANI, NCDOI GC,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-cv-00291-M-KS)

———————

Submitted:  March 28, 2024                                    Decided:  April 1, 2024

———————

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Noel Vincent Thomas, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noel Vincent Thomas appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing Thomas' complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Thomas v. N.C. Mut. Life Ins. Co.*, No. 5:22-cv-00291-M-KS (E.D.N.C. May 2, 2023 & Oct. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*